**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6919**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY ALLEN GREGORY,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-99-10-V, CA-00-106-5-2)

―――――――――

Submitted: September 6, 2001      Decided: September 14, 2001

―――――――――

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Barry Allen Gregory, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Allen Gregory seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Gregory</u>, Nos. CR-99-10-V; CA-00-106-5-2 (W.D.N.C. filed Apr. 30, 2001; entered May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>